```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TIG INSURANCE COMPANY,                                      :
                                                            :
                              Plaintiff                     :
                                                            :            18-cv-10183 (VSB)
            -against-                                       :
                                                            :               ORDER
AMERICAN HOME ASSURANCE                                     :
COMPANY, et al.,                                            :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

        On February 7, 2020, I granted Defendants' motion to compel arbitration, and stayed the case as it related to Defendant Granite State Insurance Company. (Doc. 34.) More than a year has passed since my order; therefore, the parties are directed to update me as to the status of the arbitration. Accordingly, it is hereby:

        ORDERED that the parties submit a joint letter, by June 29, 2021, regarding the status of the arbitration.

SO ORDERED.

Dated: June 16, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2021